Shalom M. Azar, Plaintiff-Respondent, 
against
Ukraine International Airlines, Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Debra R. Samuels, J.), entered on or about June 12, 2018, after trial, in favor of plaintiff in the principal sum of $1,031.00.




Per Curiam.
Judgment (Debra R. Samuels, J.), entered on or about June 12, 2018, reversed, without costs, and new trial ordered.
Plaintiff instituted this Small Claims action seeking damages in the amount of $985.00, the alleged cost of a new plane ticket, after he missed his scheduled connecting flight in Kiev. The trial below - at which relevant documents referenced by defendant were not marked as exhibits or introduced into evidence - produced a slender (14 page) record that, so far as can be determined, did not achieve substantial justice between the parties in accordance with the rules and principles of substantive law (see CCA 1807; Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). On this record, we are unable to determine whether liability was properly imposed upon defendant pursuant to the Montreal Convention, which governs an airline's liabilities related to international air transportation (see Perlman v Brussels Airlines, 45 Misc 3d 127[A], 2014 NY Slip Op 51459[U] [App Term, 2nd Dept, 9th and 10th Jud Dists 2014]). Accordingly, we remand the matter for a new trial.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 25, 2019